**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1372**

In re:  ANTHONY ANDREWS, a/k/a Wheat,

   Petitioner.

On Petition for Writ of Mandamus  (7:01-cr-00027-BO-1)

Submitted:  June 16, 2020                                   Decided:  June 18, 2020

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Anthony Andrews, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Andrews petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for reconsideration. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*